#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF MISSOURI
#### SOUTHEASTERN DIVISION

| | |
|---|---|
| DR. SHAMIK BHATTACHARYA, PHD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:22-cv-00043-MTS |
| ) | |
| THE BOARD OF REGENTS OF ) | |
| SOUTHEAST MISSOURI STATE ) | |
| UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.  Plaintiff's claims arising under the First Amendment, Count One through Count Three, are **DISMISSED** with prejudice.  Plaintiff's claim for "Violation of [his] Right to Due Process of Law," Count Four, is **DISMISSED** with prejudice as to Plaintiff's vagueness claim and without prejudice in all other respects.  Any construable federal claim within Count Five is **DISMISSED** with prejudice, and any remaining claims within Count Five arising under state law are dismissed without prejudice.  Finally, Plaintiff's claim for breach of contract or in the alternative anticipatory breach of contract, Count Six, is **DISMISSED** without prejudice.

Dated this 22nd day of December 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE